**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jose Luis HERNANDEZ-FLORES, also known as Jose Luis-Hernandez, Defendant-Appellant**

**No. 16-51439**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 11, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Jose Luis Hernandez-Flores, Pro Se

Before HIGGINBOTHAM, JONES and SMITH, Circuit Judges.

PER CURIAM: [*]

The Federal Public Defender appointed to represent Jose Luis Hernandez-Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez-Flores has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly,

---

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.